UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HOLMES, | No. 2:11-cv-2710 JKS |
| Petitioner, | |
| v. | ORDER |
| DEBORAH K. JOHNSON, Warden, | |
| Respondent. | |

Petitioner is proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order dated December 5, 2013, this matter was reassigned to Senior District Judge James K. Singleton for all further proceedings.  On March 7, 2014, Judge Singleton issued an order denying petitioner's habeas petition in its entirety and judgment was entered accordingly.  Petitioner filed a timely appeal, claiming that her statements to police were obtained in violation of Miranda v. Arizona, 384 U.S. 436, 476 (1966), and that she was entitled to an evidentiary hearing on her claim that she received ineffective assistance of counsel in the course of plea negotiations in the underlying criminal proceeding.

On July 17, 2015, the United States Court of Appeals for the Ninth Circuit affirmed the judgment with respect to petitioner's Miranda claim but reversed and remanded to the district court to conduct an evidentiary hearing regarding petitioner's claim that she received ineffective assistance of counsel in the course of plea negotiations.  By order dated July 27, 2015, this matter

1

1 was referred to the undersigned by the assigned District Judge for the limited purpose of holding
2 an evidentiary hearing pursuant to the order of the Ninth Circuit and issuing findings and
3 recommendations with respect to petitioner's claim of ineffective assistance of counsel during the
4 plea bargain process.
5     Accordingly, IT IS ORDERED that this matter is set for status conference on August 21,
6 2015, at 10:00 a.m. in the courtroom of the undersigned. All parties shall appear through counsel
7 at the status conference and are to be prepared to schedule the matter for evidentiary hearing at
8 that time.
9 Dated: August 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
holmes2710.eh

2