UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HOLMES,<br><br>        Petitioner,<br><br>   v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>        Respondent. | No. 2:11-cv-2710 JKS |

    Petitioner is proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. A status conference was held in this matter on August 21, 2015, at 10:00 a.m. in the courtroom of the undersigned. Attorney Michael Bigelow appeared for petitioner. Deputy Attorney General Stephanie Mitchell appeared for respondent. After discussions with counsel, and good cause appearing, IT IS ORDERED that:

    1. An evidentiary hearing will be held on January 11-12, 2016, at 9:00 a.m. in the courtroom of the undersigned with respect to petitioner's claim that her trial counsel rendered ineffective assistance during the plea bargain process.

    2. On or before January 4, 2016, the parties shall file a joint status report setting forth the witnesses who will be called at the evidentiary hearing and whether there are any unresolved disagreements with respect to the calling of those witnesses. In addition, by that same date

/////

1

1 counsel ay, but are not required to, submit any pre-evidentiary hearing briefing they deem
2 appropriate.
3 Dated: August 21, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Holmes2710.set

2