IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA HOLMES,** <br> Petitioner, <br> v. <br> **WALTER MILLER,** <br> Respondent. | No. 2:11-cv-2710-JKS-KJN (HC) (TEMP) <br><br> **ORDER** |

Based on the parties' joint request, the evidentiary hearing in this case is rescheduled to May 2 and 3, 2016.

Consistent with this Court's minute order dated November 16, 2015 (Doc. 54), a joint status report is due on April 25, 2016.  The joint status report shall set forth the witnesses who will be called at the evidentiary hearing and whether there are any unresolved disagreements with respect to the calling of those witnesses.  In addition, counsel may, but are not required to, submit any pre-evidentiary hearing briefing they deem appropriate.

Dated:  December 1, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Holmes2710.o

1