UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HOLMES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEBORAH K. JOHNSON,<br><br>　　　　　　Respondent. | No. 2:11-cv-2710 JKS KJN P<br><br><br>ORDER |

　　　　Petitioner is proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner claims, among other things, that her trial counsel rendered ineffective assistance during the plea negotiation process.  This court held an evidentiary hearing on that claim on August 22-23, 2016.

　　　　Petitioner raised his claim of ineffective assistance of counsel in a petition for writ of habeas corpus filed in the California Superior Court.  That petition was denied.  While the court has a photocopy of both the Superior Court habeas petition and the denial of that petition, they are not currently a part of the official court record.

////

////

////

////

1

Accordingly, IT IS ORDERED that within five days from the date of this order respondent shall re-lodge petitioner's California Superior Court habeas petition (Resp't's Lod. Doc. 7) and the Superior Court's decision thereon (Resp't's Lod. Doc. 8).

Dated:  October 26, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holmes2710.docs