UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HOLMES,<br><br>        Petitioner,<br><br>    v.<br><br>DEBORAH K. JOHNSON,<br><br>        Respondent. | No. 2:11-cv-2710 JKS KJN P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, filed an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (ECF No. 104) is granted.

Dated: November 4, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holm2710.ifp

1