**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Jessica Holmes

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA HOLMES<br><br>  Plaintiff<br><br>  v.<br><br>DEBORAH JOHNSON, Warden<br><br>  Defendant | No. CIV 11-2710 JKS KJN P<br><br>REQUEST TO WITHDRAW<br>AS ATTORNEY OF RECORD;<br>ORDER |

COMES NOW Attorney Michael Bigelow, counsel of record for Petitioner Jessica Holmes in the above-entitled matter, and moves to withdraw as such counsel for the petitioner. Counsel makes this request because his Petitioner has asked him to file a Notice of Appeal on this matter from the denial of her Section 2254 Motion entered and judgment entered against her on March 13, 2017.

While Mr. Bigelow is willing to file such a Notice of Appeal *pro se* for Petitioner, he cannot file such a Notice as attorney of record pursuant to an earlier agreement that his representation of Petitioner would terminate upon decision of

1

this Court in the above referenced matter. That decision has been made and thus Mr. Bigelow's representation of petitioner has been terminated.

Unfortunately, due to the relatively unique rules applicable to appeals within the Ninth Circuit it will take an extraordinary effort for counsel to withdraw as attorney of record once the Court of Appeals gains jurisdiction over the case. Therefore, counsel for Petitioner Holmes would request that this court relieve him as attorney of record for the petitioner in this case before the *pro se* Notice of Appeal is filed.

Dated: March 17, 2017

                              Respectfully submitted,

                              /S/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Petitioner

**ORDER**

**Good cause appearing,** IT IS HEREBY ORDERED that:

1. The motion to be relieved as counsel (ECF No. 121) is granted;

2. Michael Bigelow is relieved as attorney of record in the above entitled matter; and

3. Petitioner is substituted in pro per; her contact information is:

```
Jessica N. Holmes
X-23116
Central California Women's Facility
P.O. Box 1508
Chowchilla, CA  93610
```

Dated:  March 20, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/holm2710.wd

3